Rose et al., Appellees, *v.* City of Garfield Heights et al.; Clarendon National Insurance Company, Appellant.

[Cite as *Rose v. Garfield Hts.*, 111 Ohio St.3d 1209, 2006-Ohio-5698.]

(No. 2005–1828—Submitted September 20, 2006—Decided November 15, 2006.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

Moyer, C.J., Boggins, Pfeifer, Lundberg Stratton, O'Connor, O'Donnell and Lanzinger, JJ., concur.

John F. Boggins, J., of the Fifth Appellate District, sitting for Resnick, J.

Yulish, Twohig & Associates Co., L.P.A., and Gerald R. Horning, for appellees.

Reminger & Reminger Co., L.P.A., and Amy S. Thomas, for appellant.

Paul L. Cox, urging affirmance for amicus curiae, Fraternal Order of Police of Ohio, Inc.